IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD D. HILL,

      Appellant,

v.                         Case No.  5D23-32
                            LT Case No. 16-2018-CF-9855-AXXX-MA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender,
and  Joel  Arnold, Assistant Public
Defender, Tallahassee, for Appellant.

No Appearance for Appellee.

PER CURIAM.


     AFFIRMED.


WALLIS, EISNAUGLE and MACIVER, JJ., concur.